IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26 MJ 6069 PLC |
| | ) | |
| MANUEL LOPEZ-VENCES, | ) | |
| a/k/a Estevan Perez, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR PRE-TRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Paul Rebar, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1.      Defendant is charged with an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (Title 21, United States Code, Section 801, et seq.), specifically Title 21 U.S.C. 846 and 841(a)(1).

2.      Accordingly, a rebuttable presumption arises pursuant to Title 18, United States Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will

reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

3.      There is a serious risk that the defendant will flee. The Defendant was found in possession of multiple pounds of methamphetamine and cocaine. Defendant is in the United States illegally and has been removed from the country previously. Also, he has been using a pseudonym to attempt to obfuscate his criminal activity from law enforcement investigation. If released, the defendant may return to his country of origin to avoid facing the instant charge.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

THOMAS C. ALBUS
UNITED STATES ATTORNEY


/s/ Paul Rebar
PAUL REBAR, #69289MO
Assistant United States Attorney
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200